JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DONNIE RAY MCKINLEY, JUNIOR,** ) | **No. ED CV 17-01023-VBF** |
| Petitioner, ) | **FINAL JUDGMENT** |
| v. ) | |
| RAYMOND MADDEN (Warden), ) | |
| Respondent. ) | |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Donnie Ray McKinley, Junior.**

IT IS SO ADJUDGED.

Dated:  February 28, 2018

_Valerie Baker Fairbank_

Honorable Valerie Baker Fairbank
Senior United States District Judge